IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMCO PRODUCE, | ) | |
| | ) | |
| Plaintiff(s), | ) | 4:05cv3114 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMERS PREMIUM PRODUCE, et al., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by July 12, 2005,  file their Report of Parties' Planning Conference.

DATED June 24, 2005.

/s/   David L. Piester

United States Magistrate Judge