IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT 24  AM 11: 52

OFFICE OF THE CLERK

| | | |
|---|---|---|
| AMCO PRODUCE, INC., | ) | Case Number: 4:05CV3114 |
| Plaintiff, | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| FARMERS PREMIUM PRODUCE, LLC, a Nebraska corporation, DEBRA CRUISE, individually, RANDY V. CRUISE, individually, RONALD R. CRUISE, individually, CT FARMS, LTD, a Nebraska corporation; and PLAINS PRODUCE, LLC, a Nebraska corporation, | ) | **AND ORDER OF REFERENCE** |
| Defendant. | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For AMCO PRODUCE, INC. | 10/5/05 |
| [signature] | For FARMERS PREMIUM PRODUCE, LLC, et al. | 10/12/05 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the **Honorable David L. Piester,** United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

10/24/05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03