IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMCO PRODUCE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3114 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMERS PREMIUM PRODUCE, | ) | ORDER |
| DEBRA CRUISE, RANDY V. | ) | |
| CRUISE, RONALD R. CRUISE, and | ) | |
| CT FARMS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon the suggestion of bankruptcy (filing 26) filed by counsel for defendant Randy V. Cruise,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge