IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMCO PRODUCE, INC., ) | |
| ) | |
| Plaintiff, ) | 4:05CV3114 |
| ) | |
| v. ) | |
| ) | |
| FARMERS PREMIUM PRODUCE, LLC, ) | ORDER TO SHOW CAUSE |
| a Nebraska corporation, DEBRA ) | |
| CRUISE, Individually, RANDY ) | |
| V. CRUISE, Individually, ) | |
| RONALD R. CRUISE, ) | |
| Individually, and CT FARMS, ) | |
| LTD, a Nebraska corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On December 6, 2006, the reference of this matter to the United States Bankruptcy Court was withdrawn. The court directed the parties to confer and inform the undersigned within ten days of their views as to when this case could be ready for trial. The parties have not responded.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff is given 20 days from the date of this order in which to show cause, if any there be, why this matter should not be dismissed for failure to prosecute, in accordance with the provisions of NECivR 41.1.

DATED this 25th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge