IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMCO PRODUCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3114 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMERS PREMIUM PRODUCE, LLC, | ) | ORDER |
| a Nebraska corporation, DEBRA | ) | |
| CRUISE, Individually, RANDY | ) | |
| V. CRUISE, Individually, | ) | |
| RONALD R. CRUISE, | ) | |
| Individually, and CT FARMS, | ) | |
| LTD, a Nebraska corporation, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties' joint motion for extension, filing 43, is granted in part and,

1. Summary judgment motions shall be filed by November 13, 2007.

2. Responses to motions for summary judgment will due not later than November 27, 2007.

3. No reply briefs will be permitted.

4. The motion is denied in all other respects.

DATED this 22nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge