IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMCO PRODUCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3114 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMERS PREMIUM PRODUCE, LLC, | ) | ORDER |
| a Nebraska corporation, DEBRA | ) | |
| CRUISE, Individually, RANDY | ) | |
| V. CRUISE, Individually, | ) | |
| RONALD R. CRUISE, | ) | |
| Individually, and CT FARMS, | ) | |
| LTD, a Nebraska corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A pretrial conference in this matter was set for today at 10:00 a.m. Plaintiff appeared through its counsel, Justin Cook; neither defendants nor their counsel appeared.

IT THEREFORE HEREBY IS ORDERED:

1. Defendants' counsel shall show cause by December 7, 2007, why default judgment should not be entered for the plaintiff and against defendants, or other sanctions imposed.

2. The pretrial conference is rescheduled for December 12, 2007 at 11:00 a.m. Central Time in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 27th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge