IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMCO PRODUCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3114 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMERS PREMIUM PRODUCE, LLC, | ) | ORDER |
| a Nebraska corporation, DEBRA | ) | |
| CRUISE, Individually, RANDY | ) | |
| V. CRUISE, Individually, | ) | |
| RONALD R. CRUISE, | ) | |
| Individually, and CT FARMS, | ) | |
| LTD, a Nebraska corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant's counsel having shown cause why sanctions should not be imposed,

IT IS ORDERED,

Paragraph number 1 of the order of November 27, 2007 is withdrawn.

DATED December 11, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge