IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMCO PRODUCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3114 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMERS PREMIUM PRODUCE, LLC, | ) | ORDER |
| a Nebraska corporation, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.

Accordingly,

IT IS ORDERED:

(1) Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court and provide a draft order to the undersigned magistrate judge which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case has been removed from the trial docket upon representation by the parties that the case has settled.

DATED December 11, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge